# CIVIL CAUSE FOR INITIAL/SETTLEMENT CONFERENCE

BEFORE: JOAN M. AZRACK, U.S.D.J.
DATE:  2/14/2018          TIME:  3:00 PM          TIME IN COURT:   45 min.

CASE:  **17-cv-05912-JMA-ARL Myers v. Jenningsgate Rest., Inc. et al**

APPEARANCES:     For Plaintiff: Yale Pollack

For Defendant: Cary Kessler, Allen Breslow

FTR:  3:07-3:45

- ☒ Case called.
- ☒ Counsel present for all sides.
- ☐ Briefing schedule set.
    Moving papers served by:
    Response:
    Reply:
    - Moving party is responsible for filing the fully briefed motion on ECF and providing courtesy copies to Chambers.
- ☐ Case to be referred to the Magistrate Judge for
- ☐ Jury selection and trial scheduled for
- ☐ Next conference scheduled for
- ☒ Other:  Case settled.  The Court approves the settlement and finds it fair and reasonable. Counsel for the plaintiff shall file a stipulation of discontinuance by 3/2/2018.