UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
BREANNA MYERS, on behalf of
herself and others similarly situated,

                Plaintiff,

     -against-

JENNINSGATE REST., INC., SANDRA FINLEY
and SHANNON FINLEY,

                Defendants.
---------------------------------------------------------------X

Civil Action No.:
17-CV-05912-JMA-ARL

**STIPULATION
OF DISMISSAL**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 05 2018 ★
LONG ISLAND OFFICE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the Parties in the above captioned action through their undersigned counsel that, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own fees and costs except as provided for in the Settlement Agreement; and

**IT IS FURTHER STIPULATED AND AGREED THAT** Plaintiff is precluded from bringing any further claims under the Fair Labor Standards Act, the New York Labor Law, or any federal, state or local law, for unpaid wages, including overtime pay, for the period set forth in Plaintiff's Complaint. This Court shall retain jurisdiction to enforce the Parties' Settlement Agreement.

1

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

| | |
|---|---|
| Law Offices of Yale Pollack, P.C.<br>*Attorneys for Plaintiff* | Farley & Kessler, P.C.<br>*Attorneys for Defendants* |
| By: Yale Pollack, Esq.<br>66 Split Rock Road<br>Syosset, New York 11791<br>Tel: (516) 634-6340<br><br>Dated: 2/28, 2018 | By: Gary David Kessler, Esq.<br>55 Jericho Turnpike, Suite 204<br>Jericho, New York 11753<br>Tel: (516) 433-4330<br><br>Dated 2/2 , 2018 |

SO-ORDERED:
S/ Joan M. Azrack
_____
Hon. Joan M. Azrack, U.S.D.J.

Dated: Central Islip, New York

March 5, 2018

2